**434**

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order of Superior Court reversed. *See Paul v. Lankenau Hospital*, 524 Pa. 90, 569 A.2d 346 (1990).

MONTEMURO, J., is sitting by designation.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and CASTILLE, J., did not participate in the consideration or decision of this case.

MONTEMURO, J., is sitting by designation.

**Ronald B. MERRIWEATHER**

v.

**PHILADELPHIA NEWSPAPERS, INC., t/a The Philadelphia Daily News and Zachary Stalberg and Jay Harris and Paul Maryniak and Joanne Sills and Toni Locy, Appellants.**

Supreme Court of Pennsylvania.

Argued Oct. 18, 1994.

Decided Nov. 4, 1994.

Samuel E. Klein, Philadelphia, for Phila. Newspaper, et al.

Richard A. Sprague, Vincent F. Presto, Geoffrey R. Johnson, Philadelphia, for R.B. Merriweather.

Before FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

**Richard COOPERSTEIN, Executor of the Estate of Elsie Cooperstein, Deceased,**

**and**

**Ruth A. Gorneau, Administratrix of the Estate of Anne Nathan, Deceased, Appellants,**

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

**and**

**Jack Cooperstein, Appellees.**

Supreme Court of Pennsylvania.

Submitted Sept. 30, 1994.

Decided Nov. 4, 1994.

Lawrence S. Rosenwald, Philadelphia, for Cooperstein and Gourneau.

L. Rostaing Tharaud, Philadelphia, for Liberty Mut. Fire Ins. Co.